IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLOS A. GREEN,

    Plaintiff,

v.                                                    Civil Action No. 3:17CV635

HAMPTON ROADS REGIONAL JAIL,

    Defendant.

MEMORANDUM OPINION

By Memorandum Order entered on October 11, 2017, the Court conditionally docketed this action. The October 11, 2017 Memorandum Order warned Carlos A. Green that the Court would dismiss the action if he failed to keep the Court informed of his current address. On December 15, 2017, the United States Postal Service returned a November 30, 2017 Memorandum Order marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS." Since that date, Green has not contacted the Court to provide a current address. Green's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Green.

                                  /s/

                               Robert E. Payne
Date: January 24, 2018         Senior United States District Judge
Richmond, Virginia